IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:17CR3134** |
| vs. | |
| CARLY J. PICKEL, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant Pickel's unopposed motion to modify conditions of release, (Filing No. 59), is granted.

2) The Court's prior order setting conditions of release, (Filing No. 17), is modified as follows: Defendant Pickel is no longer prohibited from having contact, associating, or communicating with co-defendant Jason Novotny.

3) Defendant Pickel shall comply with all other terms and conditions of her pretrial release.

Dated this 24th day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge